# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>V.<br><br>CURTIS MAURICE CANADY,<br><br>    Defendant(s).<br><br>L. N.,<br><br>    Material Witness. | CASE NO.   SACR 13-0165-DOC<br><br>ORDER OF DETENTION |

    The Court having had a detention hearing on October 23, 2013, and the Court having heard arguments from counsel, the Court hereby ORDERS material witness, L. N. to remain detained at Juvenile Hall, located at 331 The City Drive, Orange, CA 92868 until December 18, 2013.  The U. S. Marshal's Office is directed to transport the material witness to the United States District Court, Central District of California, before Judge David O. Carter on December 18, 2013 at 8:30 a.m.

IT IS SO ORDERED.

DATED:   October 23, 2013

                                                                                         _/s/ David O. Carter_
                                                                                   DAVID O. CARTER
                                                             United States District Judge