UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CURTIS MAURICE CANADY<br><br>Defendant. | Case No. SA CR 13-00165-DOC<br><br>**AMENDED JUDGMENT MODIFYING SUPERVISED RELEASE** |

WHEREAS, on April 26, 2022 came the attorney for the government, Jennifer Waier, AUSA, and the defendant appeared with appointed counsel, Kelly Munoz. The defendant admits allegations one and two (1-2) as set forth in the Petition of Probation and Supervised Release, filed on April 14, 2022 (Dkt. 95).

WHEREAS based on the admission of the defendant to allegations one and two (1-2) and the Court having found the defendant to be in violation of the terms and conditions of supervised release imposed on March 17, 2014.

IT IS HEREBY ORDERED that the defendant, Curtis Maurice Canady Jr., continue to be on supervised release for a term of 10 years, upon the same terms and conditions previously imposed, with the following additional special conditions:

1.

(1) The offender shall participate in a home detention program ==for a term of 4 months== which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system for the duration of supervision and shall observe all rules of such program, as directed by the Probation Officer.

(2) The offender shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. The offender shall provide payment and proof of payment as directed by the Probation Officer.

**IT IS SO ORDERD.**

//
//

Dated:  May 2, 2022

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE